JOSEPH M. LOVRETOVICH (SBN: 73403)
jml@jmllaw.com
JARED W. BEILKE (SBN: 195698)
jared@jmllaw.com
ADAM J. SHERMAN (SBN: 316351)
asherman@jmllaw.com
JML LAW
A Professional Law Corporation
5855 Topanga Canyon Blvd., Suite 300
Woodland Hills, CA  91367
Telephone: 818-610-8800
Facsimile: 818-610-3030

Attorneys for Plaintiff
BRUCE HENDERSON

JAMES A. BOWLES (SBN: 089383)
Jbowles@hillfarrer.com
CASEY L. MORRIS (SBN: 238455)
cmorris@hillfarrer.com
ERIKA A. SILVERMAN (SBN: 301864)
esilverman@hillfarrer.com
One California Plaza
300 S. Grand Avenue, 37th Floor
Los Angeles, CA 90071
Telephone: 213-620-0460
Facsimile: 213-624-4840

Attorneys for Defendants
CHARTER COMMUNICATIONS, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE HENDERSON, an individual,<br><br>        Plaintiff,<br><br>   vs.<br><br>CHARTER COMMUNICATIONS, LLC, a Delaware corporation; and DOES 1 through 50, inclusive;<br><br>       Defendants. | **Case No.:  EDCV 19-2434-GW-SHKx**<br><br>(Riverside County Superior Court Case No.: RIC1905448)<br><br>**ORDER RE: STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION**<br><br>Complaint Filed: October 31, 2019 |

1

2                                    ORDER

3          The Parties having stipulated, IT IS HEREBY ORDERED that the entire

4   action be dismissed with prejudice.

5

6   DATED: June 21, 2022        _____

7                                    HON. GEORGE H. WU,
                                     U.S. DISTRICT JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                                        2

28        ORDER RE: STIPULATION FOR DISMISSAL OF THE ENTIRE
                                      ACTION
                        Case No.: 5:19-CV-2434-GW (SHKx)

JML LAW
A Professional Law Corporation
5855 Topanga Canyon Blvd., Suite 300
Woodland Hills, CA 91367
(818) 610-8800